USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN BOYD, et al., on behalf of himself )
and all others similarly situated, )
                Plaintiffs, )
)
                v. )
)
AWB LIMITED and AWB (U.S.A.) )
LIMITED, )
                Defendants. )

Civil Action No. 1:07 CV 3007 (GEL)

**ELECTRONICALLY FILED**

---

MELVIN ERB, on behalf of himself )
and all others similarly situated, )
                Plaintiffs, )
)
              v. )
)
AWB LIMITED and AWB (U.S.A.) )
LIMITED, )
              Defendants. )

Civil Action No. 1:07 CV 3880 (GEL)

**ELECTRONICALLY FILED**

---

DENNIS BROTHERS, on behalf of himself )
and all others similarly situated, )
              Plaintiffs, )
)
              v. )
)
AWB LIMITED and AWB (U.S.A.) )
LIMITED, )
              Defendants. )

Civil Action No. 1:07 CV 5649

**ELECTRONICALLY FILED**

[[NYLIT:2432435v1:4170A.06/18/07--03:50 p]]

### STIPULATION AND (PROPOSED) ORDER REGARDING CONSOLIDATION AND THE FILING OF A CONSOLIDATED COMPLAINT

This Stipulation is entered into by and among Plaintiffs John Boyd, Veryl Switzer, Gillan Alexander, Rod Bradshaw, Wilburt Howard, Pat Dailey, Melvin Erb, and Dennis Brothers (collectively "Plaintiffs"), and Defendants AWB Limited and AWB (U.S.A.) Limited (collectively "Defendants"), through their attorneys of record.

WHEREAS, on April 16, 2007, plaintiffs John Boyd, Veryl Switzer, Gillan Alexander, Rod Bradshaw, Wilburt Howard, and Pat Dailey filed a complaint against Defendants on behalf of a putative class of U.S. hard red winter wheat farmers for damages allegedly sustained as a result of Defendants' alleged conduct in the Iraqi wheat market, captioned *John Boyd, et al. v. AWB Limited, et al.*, Civil Action No. 1:07 CV 3007 (GEL) (the "Boyd Action");

WHEREAS, on May 17, 2007, plaintiff Melvin Erb filed a complaint against Defendants on behalf of a putative class of U.S. hard red winter wheat farmers for damages allegedly sustained as a result of Defendants' alleged conduct in the Iraqi wheat market, captioned *Melvin Erb v. AWB Limited, et al.*, Civil Action No. 1:07 CV 3880 (GEL) (the "Erb Action");

WHEREAS, the Boyd Action and the Erb Action were each assigned to the Honorable Gerard E. Lynch, on April 19, 2007, and May 25, 2007, respectively;

WHEREAS, on June 13, 2007, plaintiff Dennis Brothers also filed a complaint against Defendants on behalf of a putative class of U.S. hard red winter wheat farmers for damages allegedly sustained as a result of Defendants' alleged conduct in the Iraqi wheat market, captioned *Dennis Brothers v. AWB Limited, et al.*, Civil Action No. 1:07 CV 5649 (the "Brothers Action"), such case having not yet been assigned;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and among the parties to the Boyd Action, the Erb Action and the Brothers Action, through their undersigned counsel:

*Consolidation*

1.  The Boyd Action (filed April 16, 2007), Erb Action (filed May 17, 2007), and Brothers Action (filed June 13, 2007) are hereby consolidated for all purposes including pre-trial and trial proceedings under the following caption (the "Consolidated Action"):

| | |
|---|---|
| JOHN BOYD, VERYL SWITZER, GILLAN ALEXANDER, ROD BRADSHAW, WILBURT HOWARD, PAT DAILEY, MELVIN ERB, and DENNIS BROTHERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AWB LIMITED and AWB (U.S.A.) LIMITED,<br><br>Defendants. | Civil Action No. 1:07 CV 3007 (GEL)<br><br>ELECTRONICALLY FILED |

2.  Each and every action filed in, or transferred to, this Court that (a) is brought by or on behalf of one or more U.S. wheat farmers as plaintiff(s); (b) names either or both of the Defendants as a defendant; and (c) asserts claims that are the same as or substantially similar to the claims asserted in the Consolidated Complaint referred to in paragraph 6 hereof shall be deemed a case related to the Consolidated Action (each such other action being hereinafter referred to as a "Related Action").

3.  Each Related Action shall be governed by the terms of this Order and shall be consolidated for all purposes with the Consolidated Action.

4.  All papers previously filed and served to date in any of the cases consolidated herein are deemed to be, and are hereby, adopted as part of the record in the Consolidated Action.

5.  This Stipulation shall be filed in the Boyd Action, Erb Action and Brothers Action, and the entry of this Stipulation shall be docketed in each of those Actions. All subsequent papers filed by Plaintiffs and Defendants under the consolidated caption shall be filed only in the Consolidated Action.

*The Consolidated Complaint*

6.  Plaintiffs served a Consolidated Complaint upon Defendants on June 15, 2007. Plaintiffs shall file that Consolidated Complaint in the Consolidated Action, in accordance with paragraphs 1 and 5 herein, once this Stipulation and (Proposed) Order has been so ordered by this Court. That Consolidated Complaint shall supersede the existing complaints filed in the Boyd Action, Erb Action and Brothers Action. Defendants will file motions to dismiss or otherwise file responsive pleadings only to the Consolidated Complaint. Defendants are not required to, and will not, move against, answer or otherwise respond to the existing complaints originally filed in the Boyd Action, the Erb Action and the Brothers Action.

7.  The schedule for Defendants to move against, answer or otherwise respond to the Consolidated Complaint shall be as set forth in the Stipulation filed in the Boyd Action on May 14, 2007, and so ordered by this Court on May 31, 2007. All other provisions of that Stipulation and Order, as well as the previous Stipulation and Order in the Boyd Action so

4

ordered by this Court on May 7, 2007, that are not expressly altered or amended herein shall remain in full force and effect.

Dated: June 28, 2007

        COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

        by /s/ Seth R. Gassman
            Seth R. Gassman, Esq.

        150 East 52nd Street
        Thirtieth Floor
        New York, NY 10022
        Telephone (212) 838-7797
        Telecopy (212) 838-7745

        Michael D. Hausfeld, Esq.
        Benjamin D. Brown, Esq.
        Hilary K. Ratway, Esq.
        Andrea L. Hertzfeld, Esq.
        COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
        West Tower, Suite 500
        1100 New York Avenue NW
        Washington, DC 20005
        Telephone (202) 408-4600
        Telecopy (202) 408-4699

        L. Palmer Foret, Esq.
        THE LAW FIRM OF L. PALMER FORET, PC
        1735 20th Street, NW
        Washington, DC 20009
        Telephone (202) 332-2404
        Telecopy (202) 332-2808

        Roderick E. Edmond, Esq.
        Craig T. Jones, Esq.
        EDMOND & JONES, LLP
        127 Peachtree Street N.E.
        Suite 410
        Atlanta, GA 30303
        Telephone (404) 525-1080
        Telecopy (404) 525-1073

Michael P. Lehmann, Esq.
FURTH, LEHMANN & GRANT, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone (415) 433-2070
Telecopy (415) 982-2076

Bruce L. Simon, Esq.
Gary S. Soter, Esq.
PEARSON, SIMON, WARSHAW, PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone (415) 433-9000
Telecopy (415) 433-9008

Roberta D. Liebenberg, Esq.
Donald L. Perelman, Esq.
FINE, KAPLAN & BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
Telephone (215) 567-6565
Telecopy (215) 568-5872

*Counsel for Plaintiffs John Boyd, Veryl Switzer, Gillan Alexander, Rod Bradshaw, Wilburt Howard and Pat Dailey.*

BARRACK, RODOS & BACINE

by  /s/ Gerald Rodos
Gerald J. Rodos, Esq.
Mark R. Rosen, Esq.
Jeffrey B. Gittleman, Esq.
Chad A. Carder, Esq.

3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone (215) 963-0600
Telecopy (215) 963-0838

6

A. Arnold Gershon, Esq.
Gloria Kui, Esq.
BARRACK, RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
Telephone (212) 688-0782

Anthony J. Bolognese, Esq.
Joshua H. Grabar, Esq.
BOLOGNESE & ASSOCIATES, LLC
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6750

*Counsel for Plaintiff Melvin Erb*

WEINSTEIN KITCHENOFF & ASHER LLC

by /s/ *Steven Asher* /srkb;
Steven A. Asher, Esq.           *pl-n. sse*
Mindee J. Reuben, Esq.

1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone (215) 545-7200
Telecopy (215) 545-6535

W. Joseph Bruckner
Richard A. Lockridge
Lisa M. Pollard
LOCKRIDGE GRINDAL NAUEN PLLP
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
Telephone (612) 339-6900
Telecopy (612) 339-0981

Joseph C. Kohn
KOHN, SWIFT & GRAF, PC

7

One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone (215) 238-1700
Telecopy (215) 238-1968

Thomas S. McNamara
INDIK & MCNAMARA, PC
100 South Broad Street
Suite 2300
Philadelphia, PA 19110
Telephone (215) 567-7125
Telecopy (215) 563-8330
*Counsel for Plaintiff Dennis Brothers*


CRAVATH, SWAINE & MOORE LLP,

by /s/ _____
Robert H. Baron, Esq.
Timothy G. Cameron, Esq.
Members of the Firm

Attorneys for Defendants
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone (212) 474-1000

*Counsel for Defendants AWB Limited and AWB (U.S.A.) Limited*


SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.
7/6/07

8